# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
LOMBARDI, PHILIP A § Case No. 11-44843
LOMBARDI, JANIS L §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-44843 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | | | Date Filed (f) or Converted (c): | 11/03/11 (f) |
| | LOMBARDI, JANIS L | | | 341(a) Meeting Date: | 12/20/11 |
| For Period Ending: | 12/07/12 | | | Claims Bar Date: | 07/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1376 GROTON LN., WHEATON IL 60189 | 256,000.00 | 0.00 | | 0.00 | FA |
| 2. $50 LOCATION: 1376 GROTEN LN., WHEATON IL 60189 | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH PNC BANK ENDING IN #914 | 200.00 | 0.00 | | 0.00 | FA |
| 4. LOCATION: 1376 GROTEN LN., WHEATON IL 60189 STANDA | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. STANDAR WEARING APPAREL FOR TWO ADULTS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WESTERN SOUTHERN INS. CO. POL. #00043941782. SUBJE | 0.00 | 0.00 | | 0.00 | FA |
| 7. PRUDENTIAL INSURANCE POL. #95112801- TERM POLICY. | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100% OF ISSUED AND OUTSTANDING SHARES OF LOMRAD, I | 0.00 | 0.00 | | 0.00 | FA |
| 9. SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS | 24,500.00 | 0.00 | | 16,366.33 | FA |
| 10. LOCATION: 1376 GROTON LN., WHEATON IL 60189 2004 H | 4,375.00 | 0.00 | | 0.00 | FA |
| 11. LOCATION: 1376 GROTON LN., WHEATON IL 60189 1996 F | 3,885.00 | 0.00 | | 0.00 | FA |
| 12. SEE ATTACHMENT | 37,515.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.68 | Unknown |
| TOTALS (Excluding Unknown Values) | $329,025.00 | $0.00 | | $16,367.01 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/13    Current Projected Date of Final Report (TFR): 12/30/12

/s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 12/07/12
BRENDA PORTER HELMS, TRUSTEE

LFORM1  **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                                            Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-44843 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | Bank Name: | ASSOCIATED BANK |
| | LOMBARDI, JANIS L | Account Number / CD #: | *******1384 Checking - Non Interest |
| Taxpayer ID No: | *******5687 | | |
| For Period Ending: | 12/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 16,297.45 | | 16,297.45 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 16,297.45 | 0.00 | 16,297.45 |
| Less: Bank Transfers/CD's | | 16,297.45 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals 16,297.45 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.00b

Case 11-44843 Doc 38 Filed 01/18/13 Entered 01/18/13 07:54:14 Desc Main
Document Page 5 of 9

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-44843 -CAS |
| Case Name: | LOMBARDI, PHILIP A |
| | LOMBARDI, JANIS L |
| Taxpayer ID No: | *******5687 |
| For Period Ending: | 12/07/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6290 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 9 | Gaffney & Gaffney P.C.<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | partial payment from lawsuit | 1129-000 | 9,333.34 | | 9,333.34 |
| 04/02/12 | 9 | Gaffney & Gaffney P.C.<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | partial payment on lawsuit<br>Check written in amount $2,333.33 with numbers but written in words as Two thousand three hundred 33/100. Trustee contacted creditor and creditor issued check in amount of $33.00 to cover error. Error amount ($33) deposited 6/4/12. | 1129-000 | 2,333.33 | | 11,666.67 |
| 04/14/12 | 9 | Gaffney & Gaffney<br>1771 Bloomingdale road<br>Glendale Heights IL 60139 | lawsuit settlement | 1129-000 | 2,333.33 | | 14,000.00 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 14,000.09 |
| 05/19/12 | | Gaffney & Gaffney | Amt not credited 4/2 --check error<br>At May reconcilation of account, identified that check amount was written as $2,333.33 in numbers but two thousand three hundred 33/100 in words. Bank credited only $2,300.33. Trustee contacted creditor and creditor issued payment to estate in amount of error (ie $33). Error amount deposited to account 6/4/12. | 1129-000 | | 33.00 | 13,967.09 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,967.21 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.75 | 13,949.46 |
| 06/04/12 | 9 | Gaffney & Gaffney PC<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | collection on judgment | 1129-000 | 2,333.33 | | 16,282.79 |
| 06/04/12 | 9 | Gaffney & Gaffney<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | collection on judgment | 1129-000 | 33.00 | | 16,315.79 |

Page Subtotals   16,366.54   50.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-44843 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | Bank Name: | BANK OF AMERICA, N.A. |
|  | LOMBARDI, JANIS L | Account Number / CD #: | *******6290 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5687 |  |  |
| For Period Ending: | 12/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,315.92 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.81 | 16,297.11 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,297.25 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,297.39 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 16,297.45 |
| 09/14/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 16,297.45 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,367.01 | 16,367.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 16,297.45 |  |
| Subtotal | 16,367.01 | 69.56 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 16,367.01 | 69.56 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking - Non Interest - ********1384 | 0.00 | 0.00 | 16,297.45 |
| Money Market - Interest Bearing - ********6290 | 16,367.01 | 69.56 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 16,367.01 | 69.56 | 16,297.45 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

      /s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 12/07/12
      BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.47    16,316.26

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                        Ver: 17.00b
LFORM24

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-44843
Case Name: LOMBARDI, PHILIP A
 LOMBARDI, JANIS L
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Richard L. Hirsh & Asociates P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____
Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

　　　　The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

　　　　Timely claims of general (unsecured) creditors totaling $　　　have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be　　percent, plus interest (if applicable).

　　　　Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Superior Financial Group | $ | $ | $ |
| 3 | Capital One Bank | $ | $ | $ |
| 5 | AV Wheaton Town Sqare II, LLC and | $ | $ | $ |

　　　　Total to be paid to timely general unsecured creditors　　　　$_____

　　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$_____

　　　　Tardily filed claims of general (unsecured) creditors totaling $　　　have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be　　percent.

　　　　Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE