UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LOMBARDI, PHILIP A § Case No. 11-44843
LOMBARDI, JANIS L §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF THE COURT
                219 s. DEARBORN STREET
                CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/22/2013 in Courtroom 4016,
                Henry Hyde Judicial Office Facility
                505 N. County Farm Road
                Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/18/2013                By: CLERK OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
LOMBARDI, PHILIP A                    §      Case No. 11-44843
LOMBARDI, JANIS L                     §
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 16,334.01 |
| and approved disbursements of | $ 36.56 |
| leaving a balance on hand of[1] | $ 16,297.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,383.40 | $ 0.00 | $ 2,383.40 |
| Attorney for Trustee Fees: Richard L. Hirsh & Asociates P.C. | $ 1,074.50 | $ 0.00 | $ 1,074.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,457.90 |
| Remaining Balance | | | $ 12,839.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 528,736.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 14,882.00 | $ 0.00 | $ 361.39 |
| 2 | Superior Financial Group | $ 9,398.83 | $ 0.00 | $ 228.24 |
| 3 | Capital One Bank | $ 29,793.51 | $ 0.00 | $ 723.49 |
| 5 | AV Wheaton Town Square II, LLC and | $ 474,661.68 | $ 0.00 | $ 11,526.43 |
| | Total to be paid to timely general unsecured creditors | | $ | 12,839.55 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 11-44843-DRC
Philip A Lombardi                                              Chapter 7
Janis L Lombardi
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: pseamann              Page 1 of 3                  Date Rcvd: Jan 22, 2013
                             Form ID: pdf006             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
db/jdb        +Philip A Lombardi,    Janis L Lombardi,    1376 Groton Ln.,    Wheaton, IL 60189-7748
18013140       ADT Security Services, Inc,    PO Box 371967,    Pittsburgh, PA 15250-7967
18013142       AT&T,   25259 Network Pl,    Chicago, IL 60673-1252
18013143      +AV Wheaton Town Square II, LLC.,     c/o CB Richard Ellis-,    271 Town Square,
                Wheaton, IL 60189-3800
18013141      +Ameritemp Equipment Services,    3314 N Richmond Rd,    Suite 100,    McHenry, IL 60051-5411
18013146      +BV Wheaton Town Square II, LLC,    c/o CB Richard Ellis,    271 Town Square,
                Wheaton, IL 60189-3800
18013145       Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
18013148       Capital One,   PO Box 6492,    Carol Stream, IL 60197-6492
18843592       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
18013149       Chase Freedom,   PO Box 15298,    Wilmington, DE 19850-5298
18013150      +Cintas Corporation #344,    PO Box 7759,   Romeoville, IL 60446-0759
18013151      +Client Services,   3451 Harry truman Dr.,    Saint Charles, MO 63301-9816
18013154      +Facilitec Central,    3851 Clearview Court,    Suite D,   Gurnee, IL 60031-1247
18013155       Gaffney and Gaffney P.C.,    1771 Bloomingdale Rd.,    Glendale Heights, IL 60139-2168
18013156       Glancer Magazine,   c/o Lindy N. Kleivo, Publisher,     248 Belle Vue Ln.,
                Sugar Grove, IL 60554-9476
18013157       Gonnella,    2758 Eagle Way,   Palatine, IL 60078-1027
18013158      +Greco & Sons,    1550 Hecht Road,   Bartlett, IL 60103-1697
18013159      +Grove Leasing,    8704 w. 98th Pl.,   Palos Hills, IL 60465-1138
18013161     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
                100 W. Randolph Street,    Chicago, IL 60602)
18013163      +JS Designs, Inc.,   10660 W 143rd St,    Orland Park, IL 60462-1905
18013164      +Kenneth Suchecki,    568 Pershing Av.,   Unit #B,    Glen Ellyn, IL 60137-6256
18013166      +Lomrad, Inc,   55 E. Loop Rd.,    Unit #101,   Wheaton, IL 60189-1938
18013165      +Lomrad, Inc,   1376 Groton Lane,    Wheaton, IL 60189-7748
18013190     #+Mahoney Environmental,    1819 Moen Ave,   Joliet, IL 60436-9323
18013191      +Michael Lombardi,    3040 Iron Liege Ln.,    Montgomery, IL 60538-3427
18013192       Money Mailer of Fox Valley,    700 Columba Ct.,    Suite # 101,   Saint Charles, IL 60174
18013193      +Mulherin, Rehfeldt and Varchetto,    211 S. Wheaton Av. Ste. #200,    Wheaton, IL 60187-5251
18013196      +NuCo2,   PO Box 9011,    Stuart, FL 34995-9011
18013200      +Reese J. Peck, Attorney,    Rathje and Woodward, LLC,    300 E. Roosevelt Rd. Ste. #300,
                Wheaton, IL 60187-1908
18013201      +Roberts & Weddle, LLC,    111 N. Canal,   Suite 885,    Chicago, IL 60606-7222
18013202      +Rose Pest Solutions,    19W050 North Ave,   Lombard, IL 60148-1319
18013203      +Royal Publishing,    7620 N. Harker Dr,   Peoria, IL 61615-1857
18013204      +Schweppe and Sons, Inc.,    376 W. North Ave,   Lombard, IL 60148-1268
18013205      +Suburban Life Publications,    1101 W 31st Street,    Sutie 100,   Downers Grove, IL 60515-5585
18013206      +Superior Financial Group,    165 Lennon Ln.,   Suite #101,    Walnut Creek, CA 94598-2409
18013207      +Sysco Food Service,    250 Wieboldt Dr,   Des Plaines, IL 60016-3192
18013208      #The Hartford,   PO Box 2907,    Hartford, CT 06104-2907
18013209      +The Sign Authority,Inc.,    901 W. Liberty Dr,   Unite A,    Wheaton, IL 60187-4846
18013210      +Victory Spud Service, Inc,    PO Box 08140,   Chicago, IL 60608-0140
18013211       Wells Fargo Home Mortgage,    P.O. Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18013152       E-mail/Text: legalcollections@comed.com Jan 23 2013 05:42:35      ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
18013153       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 23 2013 06:33:15      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
18762332       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 23 2013 06:33:15      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
18013162       E-mail/Text: cio.bncmail@irs.gov Jan 23 2013 05:31:50       Internal Revenue Service,
                Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
18013194       E-mail/Text: bridgetann_oxendine@muzak.com Jan 23 2013 06:37:44      Muzak,    PO Box 71070,
                Charlotte, NC 28272-1070
18013195       E-mail/Text: bankrup@aglresources.com Jan 23 2013 05:34:04      Nicor,    PO Box 0632,
                Aurora, IL 60507-0632
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18013167       Lomrad, Inc,   Debtor’s address
18013168       Lomrad, Inc.
18013169       Lomrad, Inc.
18013170       Lomrad, Inc.
18013171       Lomrad, Inc.
18013172       Lomrad, Inc.
18013173       Lomrad, Inc.
18013174       Lomrad, Inc.
18013175       Lomrad, Inc.
```

```
District/off: 0752-1           User: pseamann            Page 2 of 3              Date Rcvd: Jan 22, 2013
                               Form ID: pdf006           Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****
18013176       Lomrad, Inc.
18013177       Lomrad, Inc.
18013178       Lomrad, Inc.
18013179       Lomrad, Inc.
18013180       Lomrad, Inc.
18013181       Lomrad, Inc.
18013182       Lomrad, Inc.
18013183       Lomrad, Inc.
18013184       Lomrad, Inc.
18013185       Lomrad, Inc.
18013186       Lomrad, Inc.
18013187       Lomrad, Inc.
18013188       Lomrad, Inc.
18013189       Lomrad, Inc.,   Debtor's address
18013199       Phillip A. Lombardi,   Debtor's Address
18013198       Phillip A. Lombardi,   Debtor's address
18013144*     +AV Wheaton Town Square, II, LLC,   c/o CB Richard Ellis,   271 Town Square,
                Wheaton, IL 60189-3800
18013147*     +BV Wheaton Town Square II, LLC.,   c/o CB Richard Ellis,   271 Town Square,
                Wheaton, IL 60189-3800
18013160*     +Grove Leasing,   8704 W. 98th Pl,   Palos Hills, IL 60465-1138
18013197*     +NuCo2,   P.O. Box 9011,   Stuart, FL 34995-9011
                                                                                        TOTALS: 25, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 3 of 3                Date Rcvd: Jan 22, 2013
                              Form ID: pdf006             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2013 at the address(es) listed below:

```
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Derek   Johnson     on behalf of Creditor    BV Town Square Wheaton II, L.L.C.
           djohnson@rathjewoodward.com,   bpullin@rathjewoodward.com,rpeck@rathjewoodward.com,
          Derek   Johnson     on behalf of Creditor    AV Town Square Wheaton II, L.L.C.
           djohnson@rathjewoodward.com,   bpullin@rathjewoodward.com,rpeck@rathjewoodward.com,
          Evan   Moscov    on behalf of Plaintiff    Discover Bank, Issuer of the Discover Card,
           evan.moscov@moscovlaw.com,   ADVNotices@w-legal.com
          Kent A Gaertner    on behalf of Debtor Philip A Lombardi kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;marigonzo@springerbrown.com
          Kent A Gaertner     on behalf of Joint Debtor Janis L Lombardi kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard L Hirsh    on behalf of Trustee Brenda Porter Helms, ESQ richala@sbcglobal.net
                                                                                             TOTAL: 8
```