UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LOMBARDI, PHILIP A § Case No. 11-44843
LOMBARDI, JANIS L §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| RICHARD L. HIRSH & ASOCIATES P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, Inc PO Box 371967 Pittsburgh, PA 15250-7967 | | | | | |
| | AT&T 25259 Network Pl Chicago, IL 60673-1252 | | | | | |
| | Ameritemp Equipment Services 3314 N Richmond Rd Suite 100 McHenry, IL 60051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BV Wheaton Town Square II, LLC. c/o CB Richard Ellis 271 Town Square Wheaton, IL 60187 | | | | | |
| | Chase Freedom PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Cintas Corporation #344 PO Box 7759 Romeoville, IL 60446 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Facilitec Central 3851 Clearview Court Suite D Gurnee, IL 60031 | | | | | |
| | Glancer Magazine c/o Lindy N. Kleivo, Publisher 248 Belle Vue Ln. Sugar Grove, IL 60554-9476 | | | | | |
| | Gonnella 2758 Eagle Way Palatine, IL 60078-1027 | | | | | |
| | Greco & Sons 1550 Hecht Road Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grove Leasing 8704 w. 98th Pl. Palos Hills, IL 60465 | | | | | |
| | JS Designs, Inc. 10660 W 143rd St Orland Park, IL 60462 | | | | | |
| | Kenneth Suchecki 568 Pershing Av. Unit #B Glen Ellyn, IL 60137 | | | | | |
| | Lomrad, Inc 1376 Groton Lane Wheaton, IL 60187 | | | | | |
| | Mahoney Environmental 1819 Moen Ave Joliet, IL 60436 | | | | | |
| | Michael Lombardi 3040 Iron Liege Ln. Montgomery, IL 60538 | | | | | |
| | Money Mailer of Fox Valley 700 Columba Ct. Suite # 101 Saint Charles, IL 60174 | | | | | |
| | Muzak PO Box 71070 Charlotte, NC 28272-1070 | | | | | |
| | Nicor PO Box 0632 Aurora, IL 60507-0632 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NuCo2 PO Box 9011 Stuart, FL 34995 | | | | | |
| | Rose Pest Solutions 19W050 North Ave Lombard, IL 60148 | | | | | |
| | Royal Publishing 7620 N. Harker Dr Peoria, IL 61615-1849 | | | | | |
| | Schweppe and Sons, Inc. 376 W. North Ave Lombard, IL 60148 | | | | | |
| | Suburban Life Publications 1101 W 31st Street Sutie 100 Downers Grove, IL 60515-5581 | | | | | |
| | Sysco Food Service 250 Wieboldt Dr Des Plaines, IL 60016 | | | | | |
| | The Hartford PO Box 2907 Hartford, CT 06104-2907 | | | | | |
| | The Sign Authority,Inc. 901 W. Liberty Dr Unite A Wheaton, IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Victory Spud Service, Inc PO Box 08140 Chicago, IL 60608 | | | | | |
| 5 | AV WHEATON TOWN SQARE II, LLC AND | | | | | |
| 3 | CAPITAL ONE BANK | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 4 | IILLC, AV WHEATON TOWN SQUARE | | | | | |
| 2 | SUPERIOR FINANCIAL GROUP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-44843 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | | Date Filed (f) or Converted (c): | 11/03/11 (f) |
| | LOMBARDI, JANIS L | | 341(a) Meeting Date: | 12/20/11 |
| For Period Ending: | 04/18/13 | | Claims Bar Date: | 07/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1376 GROTON LN., WHEATON IL 60189 | 256,000.00 | 0.00 | | 0.00 | FA |
| 2. $50 LOCATION: 1376 GROTEN LN., WHEATON IL 60189 | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH PNC BANK ENDING IN #914 | 200.00 | 0.00 | | 0.00 | FA |
| 4. LOCATION: 1376 GROTEN LN., WHEATON IL 60189 STANDA | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. STANDAR WEARING APPAREL FOR TWO ADULTS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WESTERN SOUTHERN INS. CO. POL. #00043941782. SUBJE | 0.00 | 0.00 | | 0.00 | FA |
| 7. PRUDENTIAL INSURANCE POL. #95112801- TERM POLICY. | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100% OF ISSUED AND OUTSTANDING SHARES OF LOMRAD, I | 0.00 | 0.00 | | 0.00 | FA |
| 9. SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS | 24,500.00 | 0.00 | | 16,366.33 | FA |
| 10. LOCATION: 1376 GROTON LN., WHEATON IL 60189 2004 H | 4,375.00 | 0.00 | | 0.00 | FA |
| 11. LOCATION: 1376 GROTON LN., WHEATON IL 60189 1996 F | 3,885.00 | 0.00 | | 0.00 | FA |
| 12. SEE ATTACHMENT | 37,515.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.68 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $329,025.00     $0.00     $16,367.01     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/13     Current Projected Date of Final Report (TFR): 12/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-44843 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | Bank Name: | ASSOCIATED BANK |
| | LOMBARDI, JANIS L | Account Number / CD #: | *******1384  Checking - Non Interest |
| Taxpayer ID No: | *******5687 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 16,297.45 | 16,297.45 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 14.59 | | | 16,282.86 |
| 02/22/13 | 010002 | Brenda Porter Helms | trustee fees | | | 2,383.40 | | | 13,899.46 |
| 02/22/13 | 010003 | Richard L. Hirsh & Asociates P.C.<br>1500 Eisenhower Lane #800<br>Lisle IL 60532 | ATTORNEY FEES | | | 1,074.50 | | | 12,824.96 |
| 02/22/13 | 010004 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | | | 360.98 | | | 12,463.98 |
| 02/22/13 | 010005 | Superior Financial Group<br>165 Lennon Lane #101<br>Walnut Creek CA 94598 | Final Distribution | | | 227.98 | | | 12,236.00 |
| 02/22/13 | 010006 | Capital One Bank<br>c/o American Infosource LP as agent<br>P.O. Box 71083<br>Charlotte NC 28272 | Final Distribution | | | 722.67 | | | 11,513.33 |
| 02/22/13 | 010007 | AV Wheaton Town Square II, LLC | Final Distribution | | | 11,513.33 | | | 0.00 |

| Account *******1384 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | | 7 Checks | 16,297.45 |
| | 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 16,297.45 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 16,297.45 | | | |
| | Total | $ 16,297.45 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-44843 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, PHILIP A | | Bank Name: | BANK OF AMERICA, N.A. |
| | LOMBARDI, JANIS L | | Account Number / CD #: | *******6290  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5687 | | | |
| For Period Ending: | 04/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/02/12 | | Gaffney & Gaffney P.C.<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | partial payment from lawsuit | 9,333.34 | | | | | 9,333.34 |
| 04/02/12 | 9 | Asset Sales Memo: | SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS  $9,333.34 | | | | | | 9,333.34 |
| 04/02/12 | | Gaffney & Gaffney P.C.<br>1771 Bloomingdale Rd<br>Glendale Heights IL 60139 | partial payment on lawsuit | 2,333.33 | | | | | 11,666.67 |
| 04/02/12 | 9 | Asset Sales Memo: | SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS  $2,333.33<br>Check written in amount $2,333.33 with numbers but written in words as Two thousand three hundred 33/100.  Trustee contacted creditor and creditor issued check in amount of $33.00 to cover error.  Error amount ($33) deposited 6/4/12. | | | | | | 11,666.67 |
| 04/14/12 | | Gaffney & Gaffney<br>1771 Bloomingdale road<br>Glendale Heights IL 60139 | lawsuit settlement | 2,333.33 | | | | | 14,000.00 |
| 04/14/12 | 9 | Asset Sales Memo: | SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS  $2,333.33 | | | | | | 14,000.00 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.09 | | | | 14,000.09 |
| 05/19/12 | | Gaffney & Gaffney | Amt not credited 4/2 --check error<br>At May reconciliation of account, identified that check amount was written as $2,333.33 in numbers but two thousand three hundred 33/100 in words.  Bank credited only $2,300.33.  Trustee contacted creditor and creditor issued payment to estate in amount of error (ie $33).  Error amount deposited to account 6/4/12. | | | | -33.00 | | 13,967.09 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 13,967.21 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -17.75 | | 13,949.46 |
| 06/04/12 | | Gaffney & Gaffney PC | collection on judgment | 2,333.33 | | | | | 16,282.79 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-44843 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | LOMBARDI, PHILIP A | Bank Name: | BANK OF AMERICA, N.A. |
|  | LOMBARDI, JANIS L | Account Number / CD #: | *******6290  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5687 |  |  |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/04/12 | 9 | 1771 Bloomingdale Rd<br>Glendale Heights IL 60139<br>Asset Sales Memo: | SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS  $2,333.33 |  |  |  |  |  | 16,282.79 |
| 06/04/12 |  | Gaffney & Gaffney | collection on judgment | 33.00 |  |  |  |  | 16,315.79 |
| 06/04/12 | 9 | 1771 Bloomingdale Rd<br>Glendale Heights IL 60139<br>Asset Sales Memo: | SETTLEMENT AGREEMENT ARISING OUT OF LAWSUIT AGAINS  $33.00 |  |  |  |  |  | 16,315.79 |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 |  | 0.13 |  |  |  | 16,315.92 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE |  |  |  | -18.81 |  | 16,297.11 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 |  | 0.14 |  |  |  | 16,297.25 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 |  | 0.14 |  |  |  | 16,297.39 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK |  | 0.06 |  |  |  | 16,297.45 |
| 09/14/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER |  |  |  |  | -16,297.45 | 0.00 |

| Account *******6290 | Balance Forward | 0.00 |  |  |
| --- | --- | --- | --- | --- |
|  | 5  Deposits | 16,366.33 | 0  Checks | 0.00 |
|  | 6  Interest Postings | 0.68 | 3  Adjustments Out | 69.56 |
|  |  |  | 1  Transfers Out | 16,297.45 |
|  | Subtotal | $ 16,367.01 |  |  |
|  |  |  | Total | $ 16,367.01 |
|  | 0  Adjustments In | 0.00 |  |  |
|  | 0  Transfers In | 0.00 |  |  |
|  | Total | $ 16,367.01 |  |  |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.01

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-44843 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | LOMBARDI, PHILIP A | Bank Name: | BANK OF AMERICA, N.A. |
| | LOMBARDI, JANIS L | Account Number / CD #: | *******6290 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5687 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | 7 Checks | 16,297.45 | |
| | 5 Deposits | 16,366.33 | 3 Adjustments Out | 69.56 | |
| | 6 Interest Postings | 0.68 | 1 Transfers Out | 16,297.45 | |
| | Subtotal | $ 16,367.01 | Total | $ 32,664.46 | |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 16,297.45 | | | |
| | Total | $ 32,664.46 | Net Total Balance | $ 0.00 | |

/s/ BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 04/18/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 17.01